[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-11754
Non-Argument Calendar

_____

D.C. Docket No. 8:15-cr-00336-MSS-JSS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MANOLO MORALES GOMEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 22, 2018)

Before TJOFLAT, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Jose Manolo Morales Gomez in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Gomez's conviction and sentence are **AFFIRMED**.